AO 91 (Rev. 11/11)   Criminal Complaint

Eastern District of Kentucky
F I L E D
Jan - 26 2023
Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br><br>Clifton Barnett<br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    2:23-MJ-2515-CJS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/22/22 through 1/25/23__ in the county of __Kenton__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 932 | Straw purchasing of firearms |
| 18 U.S.C. § 923 | Unlicensed trafficking in firearms |

This criminal complaint is based on these facts:

Please refer to S.A. Jeff Price's affidavit.

☑ Continued on the attached sheet.

*Jeff Price by CJS w/ permission*
*Complainant's signature*

Jeff Price, A.T.F. Special Agent
*Printed name and title*

Sworn to before me by telephone and signed with consent.
(See attached Rule 4.1 addendum)

Date: January 26, 2023

City and state: Covington, Kentucky

Signed By:
Candace J. Smith
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeff Price, your Affiant, being duly sworn, depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March 2020. I am a "Federal Law Enforcement Officer" as defined in Rule 41 of the Federal Rules of Criminal Procedure and am authorized by federal law to submit this affidavit for a criminal complaint and request an arrest warrant.

2. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program (CITP) and the ATF National Academy. Prior to attending CITP, I was a police officer with the Kenton County Police Department for nearly nine years, an agent with the Northern Kentucky Drug Strike Force – a High Intensity Drug Trafficking Area (HIDTA) unit for four of those years, and a Task Force Officer (TFO) with ATF for two of those years. As a result, I am familiar with federal criminal laws.

3. Following my graduation from the Federal Law Enforcement Training Center and the ATF National Academy, I was assigned to the Louisville Field Division, where I began carrying out my responsibilities as an investigator. As a Special Agent with the ATF, my duties have included the investigation of violations of federal firearms laws, including persons prohibited from possessing firearms and ammunition, with ancillary jurisdiction to investigate federal controlled substance violations, including controlled substance possession and distribution under Title 21 of the United States Code.

4. Throughout my career, I have conducted and participated in numerous federal investigations in multiple capacities, including working as a primary case agent. Further, I have worked with other federal law enforcement partners, as well as state and local departments, in Kentucky and across the country. I have participated in various facets of investigation, including, but not limited to, physical and electronic surveillance, executions of search warrants, interview and interrogation, data analysis and arrest operations.

5. This Affidavit is submitted in support of an application for a criminal complaint charging Clifton Barnett (hereinafter Barnett) with violations of 18 U.S.C. § 932 (straw purchasing of firearms), and 18 U.S.C. § 923 (unlicensed trafficking in firearms). I am familiar with the facts of this case. The information in this affidavit is based on my personal knowledge, as well as information provided to me by the other law enforcement officers involved in this investigation. Additionally, the information set forth below is not a complete recitation of all the facts known in this entire investigation. Rather, it is specific information that I believe supports probable cause for the issuance of the requested warrant.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. Law enforcement agencies, including the ATF, are investigating Demarco "Marco" Sturgeon and his associates, including Cylis Rowe and Clifton Barnett, for violations of the listed offenses and related charges. The investigation relates to the possession and distribution of machinegun conversion devices, also commonly known as a Glock switch or auto sears by Sturgeon and associates. This investigation also involves evidence of Sturgeon's possession of a firearm in furtherance of a drug trafficking crime and trafficking in firearms, including, but not limited to, the machinegun conversion devices themselves.

7. Based on my training and experience, I know that these devices are used to convert semi-automatic firearms into fully automatic firearms. These devices are frequently manufactured from plastic using 3D printers. I also know that evidence of straw purchases is indicative of firearms trafficking.

8. Through my training and experience, I know that a machinegun is a firearm defined under the National Firearms ACT (NFA) 26 U.S.C. § 5845(a). The NFA definition of a "machinegun" includes "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). I also know that the NFA's definition of "machinegun" includes firearm conversion devices.

9. The Gun Control Act (GCA), 18 U.S.C. § 922(o), prohibits the transfer or possession of a machinegun manufactured after May 19, 1986. Currently, ATF is unaware of any machinegun conversion devices, such as auto sears, that were manufactured before May 19, 1986.

10. In September 2022, I began working with the Cincinnati Police Department (CPD) and the ATF Cincinnati Field Division, which were jointly investigating a street gang that lives and operates in Cincinnati and Northern Kentucky. The organization refers to themselves as the "84" gang, "84 boys" and "button boys," as well as other nicknames. The name "button boys" originates from the slang term of "button," which is commonly used by the organization to refer to the machinegun conversion devices.

11. Through investigation and based on information from Cooperating Defendant 1 (CD-1), and Cooperating Defendant 2 (CD-2), I know that Sturgeon is a known associate of members of the "84" gang from the Avondale neighborhood in Cincinnati, Ohio. CD-1 and CD-2 have each provided details of crimes committed by the gang that have been independently verified in connection with this investigation. CD-1 described the organization's source of machinegun conversion devices as two white males from Kentucky. CD-2 described "Marco," later identified as Demarco Sturgeon, as the "84" gang's sole source of plastic machinegun conversion devices. CD-2 stated

that the gang purchased both metal and plastic machinegun conversion devices and that they have purchased multiple different colors of the plastic machinegun conversion devices over time. CD-2 stated that Sturgeon was the sole source of every plastic machinegun conversion device, and that Sturgeon has an associate who manufactures the devices using a 3D printer. CD-2 also indicated a belief that all the plastic machinegun conversion devices were manufactured in Kentucky and then delivered to the gang in Ohio by Sturgeon and his associate.

12. On October 13, 2022, Cincinnati ATF Special Agent (SA) Edward Schaub and CPD Investigator Nick Davis conducted an interview of CD-2. During this interview, CD-2 stated that Denico Hudson was the associate of the gang who originally located the source supplying the machinegun conversion devices. CD-2 stated that Hudson knew a white male who went by "Marco" and lives in Kentucky. CD-2 described "Marco" as a white male with tattoos on his arms and neck. SA Schaub showed CD-2 a video of a white male shooting a pistol equipped with a machinegun conversion device at a firing range. CD-2 stated the male in the video was the individual he knew as "Marco." CD-2 stated that "Marco" had delivered machinegun conversion devices to the gang at an apartment on Sunset Avenue in the Avondale neighborhood of Cincinnati, OH. CD-2 stated that not only would "Marco" deliver the machinegun conversion devices, but that he would further install the devices onto firearms that members of the gang already had in their possession. CD-2 stated that "Marco" drove a black Dodge Charger with a Kentucky license plate.

13. SA Schaub recognized the firing range where "Marco" was recorded shooting the pistol equipped with the machinegun conversion device as Mark's Guns, a federal firearm licensee in Florence, Kentucky. SA Schaub went to Mark's Guns and spoke to an employee working on October 25, 2022. SA Schaub showed the video of "Marco" shooting to the employee. The employee confirmed that the video was taken at Mark's Guns and that he recognized the man in the video. The employee advised that the man visited the business frequently and that he drove a black Dodge Charger with a police style spotlight on the vehicle. The employee was unable to provide any video surveillance or identifying information of "Marco." The employee stated that while "Marco" visited the business often he had not personally purchased a firearm, however other individuals with "Marco" often did. One such individual was identified as Cylis Rowe (Rowe).

14. SA Schaub then went to Triggers Firearms, a federal firearm licensee that is located very close to Mark's Guns. The employees at Triggers Firearms were also able to confirm the description of the subject vehicle with the police-style spotlight and the description of "Marco." Additionally, the employees were able to provide SA Schaub with video surveillance of "Marco" in their store.

15. Investigators were further able to locate a traffic citation issued by the Covington Police Department in May 2022. The citation indicated that Demarco

3

Sturgeon was the driver and single occupant of a 2011 Dodge Charger bearing Kentucky License Plate Number BHE121.

16. Meanwhile, I was able to locate a Facebook account under the name of "Cylis Rowe," the associate identified by Mark's Guns as one of the purchasers who had previously accompanied Sturgeon into their store. Through social media associations, investigators were able to locate and confirm a Facebook account used by Sturgeon with his photograph under the name "Richard Sherman." I provided this display name to Cincinnati ATF Task Force Officer (TFO) Brett Stratmann. TFO Stratmann was then able to search data obtained in a search warrant of the Facebook account with the display name "Denico Nehemiah Hudson" – a known associate of the "84" gang. TFO Stratmann located a conversation in August 2022 between Hudson and Sturgeon ("Richard Sherman") discussing an arrangement in which Sturgeon agreed to travel to meet Hudson in order to provide him with two black machinegun conversion devices in exchange for a quantity of narcotics and that Sturgeon intended to repackage those narcotics for further distribution.

17. ATF records show that Rowe has purchased at least 64 firearms over the last year at approximately 10 different businesses licensed to sell firearms. The employees at several businesses selling firearms have been shown photographs of Sturgeon and have stated they are familiar with him. They stated that Sturgeon comes in often with Rowe and others and that either Rowe or the other people always purchase the firearms. They stated that Sturgeon has never purchased a firearm himself. They also described the vehicle that Sturgeon drives when he visits the stores as a black Dodge Charger with a police package or police style spotlight on the vehicle. This activity is consistent with violations of 18 U.S.C. § 932 in that Sturgeon, Rowe, and others are conspiring to obtain firearms through straw purchasers and to transfer them to Sturgeon in connection with felony offenses.

18. I have reviewed multiple videos from firearms dealers in which Sturgeon accompanies Rowe while Rowe purchases firearms in the latter half of 2022. Sturgeon consistently transports Rowe to and from these transactions.

19. As part of this investigation, I obtained a warrant for the contents of Facebook account 100077773638561 with display name "Richard Sherman." This account was the same used by Sturgeon in previous communications relating to trading machinegun conversion devices for quantities of illegal drugs. On December 20, 2022, Facebook provided the contents of this Facebook account as ordered in the warrant. The contents of the account contained numerous photos, videos and Facebook messenger conversations of evidentiary value.

20. Sturgeon's Facebook account content contains photos and videos of machinegun conversion devices, firearms, and illegal drugs. These pictures and videos

4

include the illegal possession and use of these items by Cylis Rowe, Sturgeon himself and others.

21. The Facebook contents show Sturgeon, on numerous occasions during the latter half of 2022, sending messages advertising, selling, and purchasing machinegun conversion devices, firearms and illegal drugs. According to those communications, Sturgeon regularly keeps quantities of illegal drugs, firearms, and machinegun conversion devices in his possession and available for sale. Sometimes these conversion devices are already installed inside of other firearms. Sturgeon often refers to the devices as switches, buttons, or some other variation of those slang terms. Sturgeon also describes to others how to install the devices and how to make the devices successfully convert the firearms to fully automatic weapons. Sturgeon offers these for sale and for trade for illegal drugs. Sturgeon's Facebook account contains communication with Rowe related to firearms, straw purchases, drug trafficking, and machinegun conversion devices.

22. ATF records confirm that Clifton Barnett has purchased at least 58 firearms from licensed firearms dealers since January 2020. Video from known firearms dealers shows Barnett purchasing firearms while accompanied by another known associate of Sturgeon's on multiple occasions during the last half of 2022. Sturgeon's Facebook account contains communications consistent with Sturgeon and associates taking Barnett to purchase firearms during the time in question. Overall, the course of the investigation, including multiple surveillance operations, trash pulls, and searches of public records, has not found any evidence of employment or legitimate sources of funds for Sturgeon, Rowe, or Barnett to use to purchase these firearms.

23. The Facebook account shows that Sturgeon, Rowe, Barnett and others have been involved in straw purchasing and trafficking in over 100 firearms since 2020. Many of those firearms have been identified by serial number in the content of Sturgeon's Facebook account as firearms that were originally purchased from a licensed firearms dealer by either Rowe or Barnett. Sturgeon's Facebook account then shows him offering those firearms for sale.

24. During this investigation, agents have collected Facebook communications, video recordings from licensed firearms dealers, and conducted surveillance. These things show that Demarco Sturgeon, Cylis Rowe, Clifton Barnett, and others have conspired to make straw purchases of firearms for Sturgeon, a known unlawful user and distributor of controlled substances, in connection with drug trafficking crimes and other felonies such as the unlawful possession and trafficking in machineguns.

25. Agents executing a search warrant on Barnett's residence in Kenton County on January 25, 2023 located a single firearm. The absence of other firearms despite Barnett's history of purchasing numerous firearms is also consistent with his participation in illegal straw purchasing as outlined in this affidavit.

26. On January 25, 2023, agents overheard Rowe and Barnett discussing the fact that they each had to sell firearms in order to pay their rent. According to ATF records, Sturgeon, Rowe, and Barnett are not licensed firearms dealers.

## CONCLUSION

27. Based on the foregoing, I have probable and reasonable cause to believe that Barnett committed violations of 18 U.S.C. § 932 (straw purchasing of firearms), and 18 U.S.C. § 923 (unlicensed trafficking in firearms). These violations all occurred in the Eastern District of Kentucky.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

_Jeff Price by CJS w/ permission_
Jeff Price, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me by telephone and signed with the Affiant's permission this 26th day of January 2023.

Signed By:
**Candace J. Smith**
United States Magistrate Judge

_____
Candace Smith
UNITED STATES MAGISTRATE JUDGE

6

## **PENALTIES**

**18 U.S.C. § 932 – straw purchasing of firearms**
    Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**18 U.S.C. § 923 – unlicensed trafficking in firearms**
    Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.

*Rule 4.1 Addendum*  2:23-MJ-2515-CJS

Per Rule 41(d)(3) and Rule 4.1, the Court processed the Criminal Complaint remotely. The Court verified the Affiant's identity (through Affiant self-identification), with badge # 6402. Affiant attested to the Criminal Complaint and Affidavit, which the AUSA transmitted by remote electronic means (email).   The Court transmitted same to the Applicant and the AUSA, by remote electronic means (email).   The process complied with Criminal Rule 4.1.

Date:  January 26, 2023



**Signed By:**
**Candace J. Smith**
**United States Magistrate Judge**