UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
FEB 1 6 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                               INDICTMENT NO. 2:23-CR-006-DLB

DEMARCO STURGEON,
CYLIS CHRISTOPHER JACOB ROWE, and
CLIFTON DAKOTA JAMES BARNETT

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 932(b)
### 18 U.S.C. § 2

On or about January 1, 2020 and continuing through on or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**DEMARCO STURGEON,
CYLIS CHRISTOPHER JACOB ROWE, and
CLIFTON DAKOTA JAMES BARNETT,**

aiding and abetting one another, did knowingly purchase firearms in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to carry, possess, sell, or otherwise dispose of the firearms in furtherance of a felony or a drug trafficking crime, all in violation of 18 U.S.C. § 932(b) and 18 U.S.C. § 2.

## COUNT 2
## 18 U.S.C. § 933(a)(3)

On or about January 1, 2020 and continuing through on or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**DEMARCO STURGEON,
CYLIS CHRISTOPHER JACOB ROWE, and
CLIFTON DAKOTA JAMES BARNETT,**

conspired with one another and others to transfer or otherwise dispose of firearms to another person in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, all in violation of 18 U.S.C. § 933(a)(3).

## COUNT 3
## 18 U.S.C. § 922(o)

On or about January 1, 2020 and continuing through on or about January 25, 2023, in Kenton and Boone Counties, in the Eastern District of Kentucky, and elsewhere,

**DEMARCO STURGEON**

knowingly possessed and transferred a machinegun, that is, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, including any part designed and intended solely and exclusively for use in converting a weapon into a machinegun, all in violation of 18 U.S.C. § 922(o).

## COUNT 4
## 18 U.S.C. § 922(o)

On or about January 1, 2020 and continuing through on or about January 25, 2023,

in Kenton County, in the Eastern District of Kentucky, and elsewhere,

## CYLIS CHRISTOPHER JACOB ROWE

knowingly possessed and transferred a machinegun, that is, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, including any part designed and intended solely and exclusively for use in converting a weapon into a machinegun, all in violation of 18 U.S.C. § 922(o).

## COUNT 5
## 18 U.S.C. § 924(c)(1)(A)(i)

On or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky,

## DEMARCO STURGEON

knowingly possessed a firearm, that is, a Glock, Model 19 9mm pistol bearing serial number BSYB914, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 6
## 18 U.S.C. § 924(c)(1)(A)(i)

On or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky,

## CYLIS CHRISTOPHER JACOB ROWE

knowingly possess the following firearms: (1) a Taurus, Model G2A .40 caliber pistol, bearing serial number ADK803313; (2) a Maverick, Model 88 12 gauge shotgun, bearing

serial number MV0841908; and (3) an FIE, Model Titan, .25 caliber pistol, bearing serial number D927426, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**
**18 U.S.C. § 934(a)**

1. By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment **DEMARCO STURGEON, CYLIS CHRISTOPHER JACOB ROWE, and CLIFTON DAKOTA JAMES BARNETT** shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations of 18 U.S.C. §§ 932 and 933 and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations. Any and all interest that **DEMARCO STURGEON, CYLIS CHRISTOPHER JACOB ROWE, and CLIFTON DAKOTA JAMES BARNETT** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

2. By virtue of the commission of the offenses alleged in Counts 1 through 6 of the Indictment, **DEMARCO STURGEON and CYLIS CHRISTOPHER JACOB ROWE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922, 932, 933, and 924. Any and all interest that **DEMARCO STURGEON and CYLIS CHRISTOPHER**

**JACOB ROWE** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS, AMMUNITION, AND ACCESSORIES:**
   a. A Glock, Model 19 nine-millimeter pistol, bearing serial number BSYB914, seized from an address on 46th Street in Covington on January 25, 2023;
   b. A Taurus, Model G2A .40 caliber pistol, bearing serial number ADK803313, seized from an address on 46th Street in Covington on January 25, 2023;
   c. A Maverick, Model 88 .12 gauge shotgun, bearing serial number MV0841908, seized from an address on 46th Street in Covington on January 25, 2023;
   d. A FIE, Model Titan, .25 caliber pistol, bearing serial number D927426, seized from an address on 46th Street in Covington on January 25, 2023;
   e. A SCCY, Model CPX1, nine-millimeter pistol, bearing serial number C216865, seized from an address on Busse Street in Covington on January 25, 2023;
   f. All ammunition and accessories seized in conjunction with these firearms; and
   g. Tools for firearm modification and alteration seized in conjunction with these firearms.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNTS 1-2:** Imprisonment for not more than 15 years, a fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNTS 3-4:** Imprisonment for not more than 10 years, a fine of not more than $250,000, and supervised release for not more than 3 years.

**If 18 U.S.C. § 924(e) applies**, imprisonment for not less than 15 years and not more than life, a fine of not more than $250,000, and supervised release for not more than 5 years.

**COUNTS 5-6:** Imprisonment for not less than 5 years and not more than life to run consecutively to any other term of imprisonment imposed, a fine of not more than $250,000, and supervised release for not more than 5 years.

**If the weapon is a machinegun**, not less than 30 years and not more than life imprisonment to run consecutively to any other term of imprisonment imposed, a fine of not more than $250,000, and supervised release for not more than 5 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.